# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA L. SOTO, ADMINISTRATRIX OF THE ESTATE OF VICTORIA L. SOTO, *et al.* <br><br> Plaintiffs, <br> VS. <br><br> BUSHMASTER FIREARMS INTERNATIONAL, LLC a/k/a FREEDOM GROUP, INC. a/k/a REMINGTON OUTDOOR GROUP, INC, *et al.* <br><br> Defendants. | Civil Action No. |

## CONSENT TO REMOVAL

Defendants, Camfour, Inc. and Camfour Holding, Inc., with full reservation of any and all rights and defenses, hereby consent to removal of the above-captioned case to the United States District Court for the District of Connecticut, which was originally filed in the Superior Court of the Judicial District of Fairfield County (at Bridgeport) in the State of Connecticut.

**Dated:** January 13, 2015.

_____
Christopher Renzulli
Renzulli Law Firm, LLP
81 Main Street, Suite 508
White Plains, New York 10601

**Attorneys for Defendants, Camfour, Inc. and Camfour Holding, Inc.**