## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA L. SOTO, ADMINISTRATRIX OF ) <br> THE ESTATE OF VICTORIA L. SOTO; ) <br> IAN AND NICOLE HOCKLEY, ) <br> CO-ADMINISTRATORS OF THE ) <br> ESTATE OF DYLAN C. HOCKLEY; ) <br> WILLIAM D. SHERLACH, EXECUTOR ) <br> OF THE ESTATE OF MARY JOY SHERLACH; ) <br> WILLIAM D. SHERLACH, INDIVIDUALLY; ) <br> LEONARD POZNER, ADMINISTRATOR OF ) <br> THE ESTATE OF NOAH S. POZNER; ) <br> GILLES J. ROUSSEAU, ADMINISTRATOR ) <br> OF THE ESTATE OF LAUREN G. ) <br> ROUSSEAU; DAVID C. WHEELER, ) <br> ADMINISTRATOR OF THE ESTATE OF ) <br> BENJAMIN A. WHEELER; ) <br> NEIL HESLIN AND SCARLETT LEWIS, ) <br> CO-ADMINISTRATORS OF THE ESTATE OF ) <br> JESSE MCCORD LEWIS; ) <br> MARK AND JACQUELINE BARDEN, ) <br> CO-ADMINISTRATORS OF THE ESTATE OF ) <br> DANIEL G. BARDEN; MARY D'AVINO, ) <br> ADMINISTRATRIX OF THE ESTATE ) <br> OF RACHEL M. D'AVINO; and ) <br> NATALIE HAMMOND ) <br>   ) <br>             Plaintiffs, ) <br> VS. ) <br>   ) <br> BUSHMASTER FIREARMS ) <br> INTERNATIONAL, LLC a/k/a FREEDOM ) <br> GROUP, INC. a/k/a REMINGTON OUTDOOR ) <br> GROUP, INC; FREEDOM GROUP, INC. a/k/a ) <br> FREEDOM GROUP a/k/a FREEDOM GROUP, ) <br> LLC a/k/a REMINGTON OUTDOOR ) <br> COMPANY; BUSHMASTER FIREARMS a/k/a ) <br> FREEDOM GROUP a/k/a REMINGTON ) <br> OUTDOOR COMPANY, INC.; BUSHMASTER ) <br> FIREARMS, INC. a/k/a FREEDOM GROUP, ) <br> INC. a/k/a REMINGTON OUTDOOR ) <br> COMPANY, INC.; BUSHMASTER ) <br> HOLDINGS, LLC a/k/a FREEDOM GROUP, ) <br> INC. a/k/a REMINGTON OUTDOOR ) <br> COMPANY, INC.; REMINGTON ARMS CO., ) | <br><br><br><br><br><br><br><br><br><br><br><br>Civil Action No. |

| | |
|---|---|
| LLC, a/k/a BUSHMASTER FIREARMS INT., INC., a/k/a FREEDOM GROUP, INC. a/k/a REMINGTON OUTDOOR CO.; REMINGTON OUTDOOR COMPANY, INC. a/k/a FREEDOM GROUP, INC.; CAMFOUR, INC.; CAMFOUR HOLDING, LLP a/k/a CAMFOUR HOLDING, INC.; RIVERVIEW SALES, INC.; DAVID LA GUERCIA | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS REMINGTON ARMS COMPANY, LLC AND REMINGTON OUTDOOR COMPANY, INC.'S NOTICE OF REMOVAL**

Defendants Remington Arms Company, LLC and Remington Outdoor Company, Inc. (collectively, the "Remington Defendants"), pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, notify this Court that they are removing the above captioned action currently pending in the Superior Court of the Judicial District of Fairfield County (at Bridgeport) to the United States District Court for the District of Connecticut.  In support, the Remington Defendants state as follows:

**INTRODUCTION**

1. On December 13, 2014, Plaintiffs filed their Complaint against (1) the Remington Defendants,[1] (2) Camfour, Inc. and Camfour Holding, Inc. (collectively, the "Camfour

---

[1] This Notice of Removal is filed on behalf of Defendants "Remington Arms Company, LLC" and "Remington Outdoor Company, Inc."  For clarification, Defendant "Remington Arms Company, LLC" was formerly known as "Remington Arms Company, Inc."  Thus, "Remington Arms Company, Inc." does not exist. Defendant "Remington Outdoor Company, Inc." was formerly known as "Freedom Group, Inc."  Thus, "Freedom Group, Inc." does not exist.  "Bushmaster Firearms International, LLC" is also a named defendant but does not exist as it was merged into and is only an unincorporated brand of Remington Arms Company, LLC.  Plaintiffs have also named or listed as "a/k/a" several other entities that do not exist: (1) "Remington Arms Co., LLC"; (2) "Remington Outdoor Group, Inc."; (3) "Remington Outdoor Company"; (4) "Remington Outdoor Co."; (5) "Freedom Group, LLC"; (6) "Freedom Group"; (7) "Bushmaster Firearms"; (8) "Bushmaster Holdings, LLC"; (9) "Bushmaster Firearms, Inc."; and (10) "Bushmaster Firearms Int., Inc." These non-existent entities have not been "properly joined and served as defendants[.]" 28 U.S.C. § 1441(b)(2).