IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA L. SOTO, ADMINISTRATRIX OF ) <br> THE ESTATE OF VICTORIA L. SOTO, *et al.* ) <br> ) <br>         Plaintiffs, ) <br> VS. ) <br> ) <br> BUSHMASTER FIREARMS ) <br> INTERNATIONAL, LLC a/k/a FREEDOM ) <br> GROUP, INC. a/k/a REMINGTON OUTDOOR ) <br> GROUP, INC, *et al.* ) <br> ) <br>         Defendants. ) | Civil Action No. 3:15-cv-00068 |

## CORPORATE DISCLOSURE STATEMENT

Defendants, REMINGTON ARMS COMPANY, LLC, and REMINGTON OUTDOOR COMPANY, INC., by and through counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certify the following:

There is no publicly held corporation that owns more than 10% of the stock of Remington Arms Company, LLC. Remington Arms Company, LLC is a Delaware limited liability company. Remington Arms Company, LLC's sole member is FGI Operating Company, LLC ("FGI Operating"), a Delaware limited liability company. FGI Operating's sole member is FGI Holding Company, LLC ("FGI Holding"), a Delaware limited liability company. FGI Holding's sole member is Remington Outdoor Company, Inc., a Delaware corporation.

Remington Outdoor Company, Inc. is a Delaware corporation. It has no parent corporation and no publicly held corporation owns 10% or more of its stock.

/

/

/

1

Dated:  January 15, 2015.

> Respectfully submitted,
>
> */s/  Matthew C. Wagner*
> One of the Attorneys for Defendants,
> Remington Arms Company, LLC, and
> Remington Outdoor Company, Inc.

Jonathan P. Whitcomb (CT15014) (jwhitcomb@dmoc.com)
Richard Castiglioni (CT07280) (rcastiglioni@dmoc.com)
Matthew C. Wagner (CT25926) (mwagner@dmoc.com)
Jonathan J. Kelson (CT26755) (jkelson@dmoc.com)
Diserio Martin O'Connor & Castiglioni LLP
One Atlantic Street
Stamford, Connecticut 06901
(203) 358-0800
(203) 348-2321 fax


James B. Vogts (*pro hac vice* application forthcoming) jvogts@smbtrials.com
Andrew A. Lothson (*pro hac vice* application forthcoming) alothson@smbtrials.com
Swanson, Martin & Bell, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100

**Attorneys for Defendants,**
**Remington Arms Company, LLC, and**
**Remington Outdoor Company, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of January, 2015, I caused to be served a copy of the foregoing document on all counsel of record listed below, via the Court's ECF system and Federal Express.

Joshua D. Koskoff
Alinor C. Sterling
Katie Mesner-Hage
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
Tel: 203-336-4421
Fax: 203-368-3244

**Attorneys for Plaintiffs**

　　　　　　　　　　　　　　　　　　　　　　*/s/ Matthew C. Wagner*
　　　　　　　　　　　　　　　　　　　　　　One of the Attorneys for Defendants,
　　　　　　　　　　　　　　　　　　　　　　Remington Arms Company, LLC, and
　　　　　　　　　　　　　　　　　　　　　　Remington Outdoor Company, Inc.