## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA L. SOTO, ADMINISTRATRIX OF ) <br> THE ESTATE OF VICTORIA L. SOTO, *et al.* ) <br> ) <br> Plaintiffs, ) <br> VS. ) <br> ) <br> BUSHMASTER FIREARMS ) <br> INTERNATIONAL, LLC a/k/a FREEDOM ) <br> GROUP, INC. a/k/a REMINGTON OUTDOOR ) <br> GROUP, INC, *et al.* ) <br> ) <br> Defendants. ) | Civil Action No. 3:15-cv-00068 |

### NOTICE OF PENDING MOTIONS AFTER NOTICE OF REMOVAL

Defendants Remington Arms Company, LLC and Remington Outdoor Company, Inc. (collectively, the "Remington Defendants"), having filed their Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, herby comply with this Court's Standing Order On Removed Cases (as Corrected January 12, 2012) and file this separate notice specifying any pending motions that require action by a Judge of this Court: NONE./

Dated:  January 15, 2015.

                                                                                   Respectfully submitted,

                                                                                    */s/  Matthew C. Wagner*
                                                                                     One of the Attorneys for Defendants,
                                                                                     Remington Arms Company, LLC, and
                                                                                     Remington Outdoor Company, Inc.

 Jonathan P. Whitcomb (CT15014) (jwhitcomb@dmoc.com)
Richard Castiglioni (CT07280) (rcastiglioni@dmoc.com)
Matthew C. Wagner (CT25926) (mwagner@dmoc.com)
Jonathan J. Kelson (CT26755) (jkelson@dmoc.com)
Diserio Martin O'Connor & Castiglioni LLP
One Atlantic Street
Stamford, Connecticut 06901
(203) 358-0800
(203) 348-2321 fax

1

James B. Vogts (*pro hac vice* application forthcoming) jvogts@smbtrials.com
Andrew A. Lothson (*pro hac vice* application forthcoming) alothson@smbtrials.com
Swanson, Martin & Bell, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100

**Attorneys for Defendants,**
**Remington Arms Company, LLC, and**
**Remington Outdoor Company, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of January, 2015, I caused to be served a copy of the foregoing document on all counsel of record listed below, via the Court's ECF system and Federal Express.

Joshua D. Koskoff
Alinor C. Sterling
Katie Mesner-Hage
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
Tel: 203-336-4421
Fax: 203-368-3244

**Attorneys for Plaintiffs**

*/s/ Matthew C. Wagner*
One of the Attorneys for Defendants,
Remington Arms Company, LLC, and
Remington Outdoor Company, Inc.