## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA L. SOTO, ADMINISTRATRIX OF THE ESTATE OF VICTORIA L. SOTO, et al., | ) ) ) |
| Plaintiffs, | ) No. 3:15-CV-00068-RNC ) |
| v. | ) ) ) |
| BUSHMASTER FIREARMS INTERNATIONAL, LLC a/k/a FREEDOM GROUP, INC. a/k/a REMINGTON OUTDOOR GROUP, INC., et al., | ) January 20, 2015 ) ) ) |
| Defendants. | ) |

### DEFENDANTS CAMFOUR, INC.'S AND CAMFOUR HOLDING, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Camfour, Inc. states that its parent corporation is Camfour Holding, Inc., and that no publicly held corporation owns 10% or more of its stock.  Defendant Camfour Holding, Inc., s/h/a Camfour Holding, LLP a/k/a Camfour Holding, Inc., states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: White Plains, New York
January 20, 2015

Respectfully submitted,

By:  *Scott C. Allan*
John F. Renzulli, Admission Pending, jrenzulli@renzullilaw.com
Christopher Renzulli, CT24597, renzulli@renzullilaw.com
Scott C. Allan, CT24143, sallan@renzullilaw.com
**RENZULLI LAW FIRM, LLP**
81 Main Street, Suite 508
White Plains, New York 10601
Telephone: (914) 285-0700
Facsimile:  (914) 285-1213

Attorneys for defendants Camfour, Inc. and Camfour Holding, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2015, a copy of foregoing Rule 7.1 Corporate Disclosure Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      By: *Scott C. Allan*
         Scott C. Allan, CT24143, sallan@renzullilaw.com
         **RENZULLI LAW FIRM, LLP**
         81 Main Street, Suite 508
         White Plains, New York 10601
         Telephone: (914) 285-0700
         Facsimile:  (914) 285-1213

         Attorneys for defendants Camfour, Inc. and Camfour Holding, Inc.