# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA L. SOTO, ADMINISTRATRIX OF THE ESTATE OF VICTORIA L. SOTO, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| BUSHMASTER FIREARMS INTERNATIONAL LLC a/k/a FREEDOM GROUP, INC. a/k/a REMINGTON OUTDOOR GROUP, INC., et al. | ) ) ) ) |
| Defendants. | ) ) |

No. 3:15-CV-00068-RNC

January 20, 2015

## DEFENDANT RIVERVIEW SALES, INC.'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Riverview Sales, Inc. states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: Stamford, Connecticut
January 20, 2015

                                            Respectfully submitted,

                                            _____/s/Michael R. Patrick/_____
                                            Michael R. Patrick (ct26556)
                                            **PATRICK LLC**
                                            6 Landmark Square, Fourth Floor
                                            Stamford, Connecticut 06901
                                            Telephone:    (203) 541-0355
                                            Facsimile:    (203) 724-2393
                                            Email: michael@pllclaw.com

                                            Attorney for defendant Riverview Sales, Inc.

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 20, 2015, a copy of the foregoing Corporate Disclosure Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

**Joshua D. Koskoff, Esq.**
**Alinor C. Sterling, Esq.**
**Katie Mesner-Hage, Esq.**
**Koskoff, Koskoff Bieder, P.C.**
**350 Fairfield Avenue**
**Bridgeport, Connecticut 06604**

    /s/Michael R. Patrick/
Michael R. Patrick (ct26556)
**PATRICK LLC**
6 Landmark Square, Fourth Floor
Stamford, Connecticut 06901
Telephone:   (203) 541-0355
Facsimile:   (203) 724-2393
Email: michael@pllclaw.com