IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA L. SOTO, ADMINISTRATRIX OF THE ESTATE OF VICTORIA L. SOTO, *et al.* <br><br> Plaintiffs, <br><br> VS. <br><br> BUSHMASTER FIREARMS INTERNATIONAL, LLC a/k/a FREEDOM GROUP, INC. a/k/a REMINGTON OUTDOOR GROUP, INC, *et al.* <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case 3:15-cv-00068-RNC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STATEMENT PURSUANT TO STANDING ORDER ON REMOVED CASES BY REMINGTON DEFENDANTS

Defendants Remington Arms Company, LLC and Remington Outdoor Company, Inc. (collectively, the "Remington Defendants"), pursuant to this Court's Standing Order on Removed Cases, state the following:

1. Remington Outdoor Company, Inc. and Remington Arms Company, LLC (collectively, the "Remington Defendants") received a copy of the summons and complaint of the state court action on December 15, 2015. Camfour, Inc. and Camfour Holding, Inc. (collectively, the "Camfour Defendants") received a copy of the summons and complaint of the state court action on December 29, 2015. Riverview Sales, Inc. received a copy of the summons and complaint of the state court action on December 23, 2015. David LaGuercia received a copy of the summons and complaint of the state court action on December 26, 2015.[1]

---

[1] As discussed in the Notice of Removal, Plaintiffs named or listed as "a/k/a" several entities that do not exist: Remington Arms Company, Inc.; Remington Outdoor Group, Inc.; Remington Outdoor Co.; Remington Arms Co., LLC; Freedom Group, Inc.; Freedom Group, LLC; Freedom Group; Bushmaster Firearms International, LLC; Bushmaster Firearms; Bushmaster Firearms, Inc.; Bushmaster Holdings, LLC; Bushmaster Firearms Int., Inc.; and Camfour Holding, LLP. (DE 1 at 1 n. 1 and 2 n. 2.)

2. The defendants were served the summons and complaint on the same dates as they received the summons and complaint.

3. Riverview Sales, Inc. is a citizen of Connecticut. As discussed in the Notice of Removal, under the Second Circuit's test for improper joinder, there is no reasonable basis for a claim against Riverview Sales, Inc., and, therefore, its citizenship is not considered in determining whether diversity jurisdiction exists. (DE 1 at ¶¶ 12, 18-30.)

Remington Arms Company, LLC, is a limited liability company organized under the laws of the state of Delaware with its principal place of business in North Carolina. Remington Arms Company's sole member is FGI Operating Company, LLC ("Operating"), a Delaware limited liability company with its principal place of business in North Carolina. Operating's sole member is FGI Holding Company, LLC ("Holding"), a Delaware limited liability company with its principal place of business in North Carolina. Holding's sole member is Remington Outdoor Company, Inc., a corporation organized under the laws of the state of Delaware with its principal place of business in North Carolina. Thus, for the purposes of diversity jurisdiction, Remington Arms Company, LLC is a citizen of Delaware and North Carolina.

4. Removal did not take place more than thirty (30) days after any defendant first received a copy of the summons and complaint.

5. The Remington Defendants removed the case to the District of Connecticut on January 14, 2015, with the consent of the Camfour Defendants and David LaGuercia. (DE 1-2, 1-3.) As discussed in the Notice of Removal, consent of Riverview Sales, Inc. is unnecessary because it is an improperly joined party. (DE 1 at 3 n. 5.)

Dated:  January 21, 2015.

Respectfully submitted,

*/s/  Jonathan P. Whitcomb*
One of the Attorneys for Defendants,
Remington Arms Company, LLC, and
Remington Outdoor Company, Inc.

Jonathan P. Whitcomb (CT15014) (jwhitcomb@dmoc.com)
Richard Castiglioni (CT07280) (rcastiglioni@dmoc.com)
Matthew C. Wagner (CT25926) (mwagner@dmoc.com)
Jonathan J. Kelson (CT26755) (jkelson@dmoc.com)
Diserio Martin O'Connor & Castiglioni LLP
One Atlantic Street
Stamford, Connecticut 06901
(203) 358-0800
(203) 348-2321 fax

James B. Vogts (*pro hac vice* application forthcoming) (jvogts@smbtrials.com)
Andrew A. Lothson (*pro hac vice* application forthcoming) (alothson@smbtrials.com)
Swanson, Martin & Bell, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100

**Attorneys for Defendants,**
**Remington Arms Company, LLC, and**
**Remington Outdoor Company, Inc.**

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 21st day of January, 2015, I caused to be served a copy of the foregoing document on all counsel of record listed below, via the Court's ECF system and/or by U.S. Mail.

  Joshua D. Koskoff
  Koskoff, Koskoff & Bieder, P.C.
  Bridgeport, CT 06604
  Tel: 203-336-4421
  Fax: 203-368-3244
  jkoskoff@koskoff.com
  **Attorney for Plaintiffs**

  Christopher Renzulli
  Renzulli Law Firm, LLP
  81 Main Street, Suite 508
  White Plains, NY 10601
  Tel:  914-285-0700
  Fax: 914-285-1213
  crenzulli@renzullilaw.com

  Scott Charles Allan
  Renzulli Law Firm, LLP
  81 Main Street, Suite 508
  White Plains, NY 10601
  Tel:  914-285-0700
  Fax: 914-285-1213
  sallan@renzullilaw.com
  **Attorneys for Defendants Camfour, Inc. and Camfour Holding, Inc.**

  Michael Ryan Patrick
  Patrick, LLC
  6 Landmark Square, Fourth Floor
  Stamford, CT 06901
  Tel:  203-541-0355
  Fax: 203-724-2393
  Michael@pllclaw.com
  **Attorney for Defendants Riverview Sales, Inc. and David LaGuercia**

           */s/  Jonathan P. Whitcomb*
           One of the Attorneys for Defendants,
           Remington Arms Company, LLC, and
           Remington Outdoor Company, Inc.