## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA L. SOTO, ADMINISTRATRIX OF THE ESTATE OF VICTORIA L. SOTO, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BUSHMASTER FIREARMS INTERNATIONAL, LLC a/k/a FREEDOM GROUP, INC. a/k/a REMINGTON OUTDOOR GROUP, INC., et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)  No. 3:15-CV-00068-RNC<br>)<br>)<br>)<br>)<br>)  January 21, 2015<br>)<br>)<br>)<br>) |

### DEFENDANTS CAMFOUR, INC.'S AND CAMFOUR HOLDING, INC.'S MOTION FOR AN INITIAL EXTENSION OF TIME TO RESPOND TO THE COMPLAINT FROM THE CLERK OF THE COURT PURSUANT TO LOCAL CIVIL RULE 7(b)(1)(a)

Defendants Camfour, Inc. and Camfour Holding, Inc., s/h/a Camfour Holding, LLP a/k/a Camfour Holding, Inc. (collectively referred to as "Camfour") respectfully move for an initial thirty day extension to respond to the Complaint from the Clerk of the Court pursuant to Local Civil Rule 7(b)(1)(a).

This case was removed to this Court on January 14, 2015 and Camfour's response to the Complaint is due on January 21, 2015 pursuant to Rule 81(c)(2) of the Federal Rules of Civil Procedure. Camfour intends to file a motion to dismiss the Complaint pursuant to the Protection of Lawful Commerce in Arms Act, 15 U.S.C. § 7901, *et. seq.* and for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

This case has been assigned to Judge Chatigny, who requires the parties to meet and confer and then file a request for a prefiling conference before a motion to dismiss is filed. In order to provide the necessary time to complete the required prefiling conference, Camfour

respectfully requests that its deadline to respond to the Complaint be extended by thirty days, from January 21, 2015 to February 20, 2015.

Counsel for plaintiffs, Joshua D. Koskoff, Esq., has advised that plaintiffs have no objection to the requested extension.

This is the first request for an extension to respond to the Complaint requested by Camfour and it may therefore be granted by the Clerk of the Court pursuant to Local Civil Rule 7(b)(1)(a).

For the above reasons, Camfour respectfully requests that the Clerk of the Court grant its motion for an initial extension to respond to the Complaint, and extend the deadline for its response by thirty days, from January 21, 2015 to February 20, 2015.

Dated: White Plains, New York
       January 21, 2015

                        Respectfully submitted,

By:    *Scott C. Allan*
       John F. Renzulli, Admission Pending, jrenzulli@renzullilaw.com
       Christopher Renzulli, CT24597, renzulli@renzullilaw.com
       Scott C. Allan, CT24143, sallan@renzullilaw.com
       **RENZULLI LAW FIRM, LLP**
       81 Main Street, Suite 508
       White Plains, New York 10601
       Telephone: (914) 285-0700
       Facsimile:  (914) 285-1213

Attorneys for defendants Camfour, Inc. and Camfour Holding, Inc.

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 21, 2015, a copy of the foregoing Motion for an Initial Extension of Time to Respond to the Complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    By:    *Scott C. Allan*
            Scott C. Allan, CT24143, sallan@renzullilaw.com
            **RENZULLI LAW FIRM, LLP**
            81 Main Street, Suite 508
            White Plains, New York 10601
            Telephone: (914) 285-0700
            Facsimile: (914) 285-1213

            Attorneys for defendants Camfour, Inc. and Camfour Holding, Inc.