UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA L. SOTO, ADMINISTRATRIX OF THE ESTATE OF VICTORIA L. SOTO, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| BUSHMASTER FIREARMS INTERNATIONAL LLC a/k/a FREEDOM GROUP, INC. a/k/a REMINGTON OUTDOOR GROUP, INC., et al. | ) ) ) ) |
| Defendants. | ) ) |

No. 3:15-CV-00068-RNC

January 21, 2015

### DEFENDANTS DAVID LAGUERCIA AND RIVERVIEW SALES, INC.'S MOTION FOR AN INITIAL EXTENSION OF TIME TO RESPOND TO AND/OR MOVE AGAINST THE COMPLAINT FROM THE CLERK OF THE COURT PURSUANT TO LOCAL CIVIL RULE 7(b)(1)(a)

Defendants DAVID LAGUERCIA and RIVERVIEW SALES, INC. (collectively, "Defendants") respectfully move for an initial thirty (30) day extension of time to respond to and/or move against the Complaint pursuant to Local Civil Rule 7(b)(1)(a).

This case was removed to this Court on January 14, 2015. Accordingly, pursuant to Federal Rule of Civil Procedure 81(c)(2), Defendants' responses to the Complaint are currently due on January 21, 2015. Defendants intend to file a motion to dismiss the Complaint pursuant to the Protection of Lawful Commerce in Arms Act, 15 U.S.C. §7901, *et seq.* and for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

This case has been assigned to the Hon. Robert N. Chatigny who requires the parties to meet and confer and then a file a request for a prefiling conference before a motion to dismiss is filed. In order to provide the necessary time to complete the required prefiling conference, Defendants respectfully request that the deadline for Defendants to respond to and/or move against the Complaint be extended by thirty (30) days, i.e., up to and including February 20, 2015.

Counsel for plaintiffs, Joshua D. Koskoff, Esq., has advised that plaintiffs have no objection to the requested extension.

This is Defendants' first request for an extension of time to respond to and/or move against the Complaint. Therefore, this motion may be granted by the Clerk of the Court pursuant to Local Civil Rule 7(b)(1)(a).

**WHEREFORE**, Defendants DAVID LAGUERCIA and RIVERVIEW SALES, INC. respectfully request that this motion be granted and that their deadline to respond to and/or move against plaintiffs' Complaint be extended by thirty (30) days, i.e., up to and including February 20, 2015.

Dated: Stamford, Connecticut
January 21, 2015

Respectfully submitted,

____/s/Michael R. Patrick/____
Michael R. Patrick (ct26556)
**PATRICK LLC**
6 Landmark Square, Fourth Floor
Stamford, Connecticut 06901
Telephone:   (203) 541-0355
Facsimile:   (203) 724-2393
Email: michael@pllclaw.com

*Attorney for defendants David LaGuercia and Riverview Sales, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 21, 2015, a copy of the foregoing MOTION FOR AN INITIAL EXTENSION OF TIME TO RESPOND TO AND/OR MOVE AGAINST THE COMPLAINT FROM THE CLERK OF THE COURT PURSUANT TO LOCAL CIVIL RULE 7(b)(1)(a) was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

        **Joshua D. Koskoff, Esq.**
        **Alinor C. Sterling, Esq.**
        **Katie Mesner-Hage, Esq.**
        **Koskoff, Koskoff Bieder, P.C.**
        **350 Fairfield Avenue**
        **Bridgeport, Connecticut 06604**

                _____/s/Michael R. Patrick/_____
                    Michael R. Patrick (ct26556)
                    **PATRICK LLC**
                    6 Landmark Square, Fourth Floor
                    Stamford, Connecticut 06901
                    Telephone:    (203) 541-0355
                    Facsimile:    (203) 724-2393
                    Email: michael@pllclaw.com