## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA L. SOTO, ADMINISTRATRIX OF ) <br> THE ESTATE OF VICTORIA L. SOTO, *et al.* ) <br> ) <br> Plaintiffs, ) <br> VS. ) <br> ) <br> BUSHMASTER FIREARMS ) <br> INTERNATIONAL, LLC a/k/a FREEDOM ) <br> GROUP, INC. a/k/a REMINGTON OUTDOOR ) <br> GROUP, INC, *et al.* ) <br> ) <br> Defendants. ) | Civil Action No. 3:15-cv-00068-RNC <br><br><br><br><br><br><br><br><br><br> February 3, 2015 |

### MOTION FOR PERMISSION TO APPEAR AS VISITING LAWYER

Pursuant to Rule 83.1(d) of the Local Rules of The United States District Court for the District of Connecticut, the Defendants, REMINGTON ARMS COMPANY, LLC and REMINGTON OUTDOOR COMPANY, INC., respectfully move the Court to grant permission for the appearance of Andrew A. Lothson as visiting lawyer in this matter.

In support of this Motion, the Defendants represent as follows:

1.  Andrew A. Lothson is an attorney practicing law in Chicago, Illinois, at the law firm of Swanson, Martin & Bell, LLP, 330 North Wabash, Suite 3300.

2.  Undersigned counsel for the Defendants is a member of the Bar of this Court and has an office within the District of Connecticut for the service of all papers in this matter pursuant to Rule 83.1(c) of the Local Rules of The United States District Court for the District of Connecticut.

3.  In further support of this Motion, the Defendants have submitted herewith the Affidavit of Andrew A. Lothson, which complies with the requirements of Local Rule 83.1(d).

WHEREFORE, the Defendants, REMINGTON ARMS COMPANY, LLC and REMINGTON OUTDOOR COMPANY, INC., respectfully move the Court to grant permission for the appearance of Andrew A. Lothson as a visiting lawyer in this matter.

> Respectfully submitted,
>
> */s/  Jonathan P. Whitcomb*
> One of the Attorneys for Defendants,
> Remington Arms Company, LLC, and
> Remington Outdoor Company, Inc.

Jonathan P. Whitcomb (CT15014) (jwhitcomb@dmoc.com)
Richard Castiglioni (CT07280) (rcastiglioni@dmoc.com)
Matthew C. Wagner (CT25926) (mwagner@dmoc.com)
Jonathan J. Kelson (CT26755) (jkelson@dmoc.com)
Diserio Martin O'Connor & Castiglioni LLP
One Atlantic Street
Stamford, Connecticut 06901
Tel: (203) 358-0800
Fax: (203) 348-2321


James B. Vogts (*pro hac vice* application forthcoming) jvogts@smbtrials.com
Swanson, Martin & Bell, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
Tel: (312) 321-9100

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2015, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: /s/ Jonathan P. Whitcomb
      Jonathan P. Whitcomb / ct15014

30680 Andrew Lothson_Pro Hac_ 20150121.DOCX