IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA L. SOTO, ADMINISTRATRIX OF ) <br> THE ESTATE OF VICTORIA L. SOTO, *et al.* ) <br> ) <br> Plaintiffs, ) <br> VS. ) <br> ) <br> BUSHMASTER FIREARMS ) <br> INTERNATIONAL, LLC a/k/a FREEDOM ) <br> GROUP, INC. a/k/a REMINGTON OUTDOOR ) <br> GROUP, INC, *et al.* ) <br> ) <br> Defendants. ) | Civil Action No. 3:15-cv-00068-RNC |

### AFFIDAVIT OF ANDREW A. LOTHSON

STATE OF ILLINOIS        )
                         )   ss:   Chicago
COUNTY OF COOK           )

The undersigned, Andrew A. Lothson, being duly sworn, hereby deposes and says:

1. I am an attorney with the law firm of Swanson, Martin & Bell, LLP, 330 North Wabash, Suite 3300, Chicago, Illinois 60611; telephone (312) 321-9100; facsimile (312) 321-0990; e-mail alothson@smbtrials.com.

2. I am over eighteen (18) years of age and I am authorized to give this Affidavit.

3. I have been a member of the bar of the following courts: Supreme Court of Illinois (Bar No. 6297061); United States Court of Appeals for the First, Fifth, Seventh, Eighth and District of Columbia Circuits; and United States District Court, for the Northern District of Illinois, Eastern District of Michigan and District of Colorado.

4. My firm has been retained by the Defendants, Remington Arms Company, LLC and Remington Outdoor Company, Inc., to represent them in connection with the above-referenced case.

5. There are no pending disciplinary complaints against me as to which a finding has been made that such complaint should proceed to a hearing.

6. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

7. I have fully reviewed and am familiar with the Federal Rules of Criminal and Civil Procedure, the Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

8. I hereby designate my sponsoring attorney, Jonathan P. Whitcomb, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

9. The information in this Affidavit is true to my knowledge.

This the 27 day of January, 2015

_____
Andrew A. Lothson

Sworn to and subscribed before me
this 27th day of January, 2015.

_____
Notary Public
My Commission Expires: _____

OFFICIAL SEAL
PAMELA CANINGTON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/07/19

30680 Affidavit of Andrew Lothson 20150121.DOCX

2