UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA L. SOTO, ADMINISTRATRIX OF THE ESTATE OF VICTORIA L. SOTO, et al., </br></br>    Plaintiffs, </br></br> v. </br></br> BUSHMASTER FIREARMS INTERNATIONAL, LLC a/k/a FREEDOM GROUP, INC. a/k/a REMINGTON OUTDOOR GROUP, INC., et al., </br></br>    Defendants. | No. 3:15-CV-00068-RNC </br></br></br> February 18, 2015 |

### DEFENDANTS DAVID LAGUERCIA AND RIVERVIEW SALES, INC.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO AND/OR MOVE AGAINST THE COMPLAINT

Defendants DAVID LAGUERCIA and RIVERVIEW SALES, INC. (collectively, "Defendants") respectfully move for an extension of time to respond to the Complaint. Defendants previously sought and were granted an initial thirty day extension pursuant to Local Civil Rule 7(b)(1)(a) such that Defendants' response to the Complaint is presently due on February 20, 2015.

This case was removed to this Court on January 14, 2015, and plaintiffs filed a Motion to Remand on February 13, 2015 (Dkt. No. 27). Defendants intend to file a motion to dismiss the Complaint pursuant to the Protection of Lawful Commerce in Arms Act, 15 U.S.C. § 7901, *et. seq.* and for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiffs have requested that this Court determine whether it has subject matter jurisdiction over this case before they are required to respond to any motions to dismiss the Complaint.

Defendants Remington Arms Company, LLC and Remington Outdoor Company, Inc. (collectively referred to as "Remington") wrote to the Court on February 17, 2015, (Dkt. No. 28),

proposing to file their motion to dismiss the Complaint on February 20, 2015 and that briefing on it proceed simultaneously with briefing on plaintiffs' Motion to Remand.

Should this Court enter a briefing schedule for Remington's motion to dismiss, Defendants will file their motions to dismiss consistent with that schedule or as otherwise directed by the Court.  In the alternative, should this Court not enter a briefing schedule for Remington's motion to dismiss because of plaintiffs' request that this Court first determine whether it has subject matter jurisdiction over this case, Defendants respectfully requests a twenty-one day extension to respond to the Complaint from the date of this Court's ruling on whether it has subject matter jurisdiction over this case.

Counsel for plaintiffs, Alinor C. Sterling, Esq., has advised that plaintiffs have no objection to an extension to file to twenty-one days following the determination of whether the Court has jurisdiction.

For the above reasons, Defendants respectfully request that this Court grant its motion for an additional extension to respond to the Complaint, and extend the deadline for its motion to dismiss to follow any briefing schedule entered in response to Remington's February 17, 2015 request or, if no briefing schedule is entered for Remington's motion to dismiss, by twenty-one days after this Court's decision on whether it has subject matter jurisdiction over this case.

Dated:  Stamford, Connecticut
        February 18, 2015

                                        Respectfully submitted,

                                            /s/Michael R. Patrick/
                                        Michael R. Patrick (ct26556)
                                        **PATRICK LLC**
                                        6 Landmark Square, Fourth Floor
                                        Stamford, Connecticut 06901
                                        Telephone:    (203) 541-0355

Facsimile: (203) 724-2393
Email: michael@pllclaw.com

*Attorney for defendants David LaGuercia and Riverview Sales, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2015, a copy of the foregoing MOTION FOR AN EXTENSION OF TIME TO RESPOND TO AND/OR MOVE AGAINST THE COMPLAINT was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

          /s/Michael R. Patrick/
Michael R. Patrick (ct26556)
**PATRICK LLC**
6 Landmark Square, Fourth Floor
Stamford, Connecticut 06901
Telephone:   (203) 541-0355
Facsimile:   (203) 724-2393
Email: michael@pllclaw.com