UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONNA L. SOTO, | ) | |
| ADMINISTRATRIX OF THE | ) | |
| ESTATE OF VICTORIA L. SOTO, | ) | |
| ET AL | ) | |
| | ) | |
|      **Plaintiffs** | ) | NO. 3:15 cv 00068 RNC |
| | ) | |
| V. | ) | |
| | ) | |
| BUSHMASTER FIREARMS | ) | |
| INTERNATIONAL, | ) | |
| LLC, A/K/A FREEDOM GROUP, INC., | ) | |
| A/K/A | ) | MARCH 10, 2015 |
| REMINGTON OUTDOOR GROUP, | ) | |
| INC., ET AL | ) | |
| | ) | |
|      **Defendants** | ) | |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME
TO RESPOND TO MEMORANDUM IN OPPOSITION
TO MOTION TO REMAND, ON CONSENT**

     Pursuant to Local Civil Rule 7(b), plaintiffs respectfully move for an extension of time in which to respond to the Memorandum in Opposition to plaintiffs' Motion to Remand filed by the defendants, Remington Arms Company, LLC, and Remington Outdoor Company, Inc.  Plaintiffs seek an extension of one week (from March 20, 2015, to March 27, 2015) due to long-standing vacation plans of counsel during the week of March 20.  Plaintiffs' counsel has made inquiry to counsel for all defendants and there is no objection to the requested extension.

     In support of this Motion, plaintiffs represent as follows:

1.     This case was removed to this Court on January 14, 2015.

2.     Plaintiffs filed a Motion to Remand on February 13, 2015 (Dkt. No. 27).

3. Defendants Remington Arms Company, LLC, and Remington Outdoor Company, Inc. filed a Memorandum in Opposition to the Motion to Remand on March 6, 2015 (Dkt. No. 34).

4. Plaintiffs intend to file a Reply to the Memorandum in Opposition. Pursuant to Local Rule 7(d), plaintiffs' Reply is due March 20, 2015.

5. Undersigned plaintiffs' counsel has long-standing plans to be traveling with her family the week of March 16-20, 2015, and therefore cannot reasonably meet the March 20 deadline, despite diligent efforts to do so, without altering these plans.

6. Counsel for defendants have no objection to the requested extension.

For the above reasons, plaintiffs respectfully request that the Court grant this Motion and extend the deadline for filing their Reply to March 27, 2015.

DATED: March 10, 2015

**Respectfully submitted,**

By     /s/ Alinor C. Sterling (CT17207
ALINOR C. STERLING, CT17207
JOSHUA D. KOSKOFF, CT15619,
KOSKOFF KOSKOFF & BIEDER
350 FAIRFIELD AVENUE
BRIDGEPORT, CT  06604
asterling@koskoff.com
jkoskoff@koskoff.com
Telephone:    (203) 336-4421
Fax:              (203) 368-3244

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFCIATE OF SERVICE**

    I hereby certify that on March 10, 2015, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing under the court's CM/ECF System.

                                         **/s/ Alinor C. Sterling (CT17207**
                                      **ALINOR C. STERLING, CT17207**
                                      **JOSHUA D. KOSKOFF, CT15619,**