IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONNA L. SOTO, ADMINISTRATRIX OF THE ESTATE OF VICTORIA L. SOTO, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 3:15-cv-68 (RNC) |
| VS. | ) ) | |
| BUSHMASTER FIREARMS INTERNATIONAL, LLC a/k/a/ FREEDOM GROUP, INC. a/k/a/ REMINGTON OUTDOOR GROUP, INC., *et al.* | ) ) ) ) ) | March 24, 2015 |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
REPLY BRIEF IN EXCESS OF TEN PAGES**

Pursuant to Local Rule 7(d), plaintiffs' Reply to defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Remand may not exceed ten pages. Plaintiffs respectfully request leave of the Court to exceed the ten page limit by up to five additional pages.

In support of this Motion, plaintiffs represent as follows:

1. This case was removed to this Court on January 14, 2015.

2. Plaintiffs filed a Motion to Remand on February 13, 2015 (Dkt. No. 27).

3. Defendants Remington Arms Company, LLC, and Remington Outdoor Company, Inc. filed a Memorandum in Opposition to the Motion to Remand on March 6, 2015 (Dkt. No. 34).

4. On March 10, 2015, plaintiffs were granted a seven day extension in which to respond to defendants' Opposition (Dkt. No. 36).

5. Plaintiffs' Reply is due March 27, 2015.

1

6. The issues raised by defendants' removal and plaintiffs' subsequent Motion to Remand are complex and critical to fully address as the Court's subject matter jurisdiction is in issue.

7. Plaintiffs are making a concerted effort to confine their Reply to ten pages in accordance with Local Rule 7(d), but believe that up to five additional pages may be necessary to adequately address the relevant issues.

8. Plaintiffs' counsel has contacted counsel for each of the defendants, and they have no objection to the granting of this Motion.

For the above reasons, plaintiffs respectfully request that the Court grant this Motion and permit plaintiffs to file a Reply of up to 15 pages in length.

DATED: March 24, 2015

**Respectfully submitted,**

By  **/s/ Alinor C. Sterling (CT17207)**
**ALINOR C. STERLING, CT17207**
**JOSHUA D. KOSKOFF, CT15619**
**KOSKOFF KOSKOFF & BIEDER**
**350 FAIRFIELD AVENUE**
**BRIDGEPORT, CT  06604**
**asterling@koskoff.com**
**jkoskoff@koskoff.com**
**Telephone:   (203) 336-4421**
**Fax:          (203) 368-3244**

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFCIATE OF SERVICE**

I hereby certify that on March 24, 2015, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing under the court's CM/ECF System.

        **/s/ Alinor C. Sterling (CT17207)**
**ALINOR C. STERLING, CT17207**
**JOSHUA D. KOSKOFF, CT15619**