**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DONNA L. SOTO, ADMINISTRATRIX OF | ) | |
| THE ESTATE OF VICTORIA L. SOTO, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 3:15-cv-68 (RNC) |
| | ) | |
| VS. | ) | |
| | ) | |
| BUSHMASTER FIREARMS | ) | |
| INTERNATIONAL, LLC a/k/a/ FREEDOM | ) | |
| GROUP, INC. a/k/a/ REMINGTON OUTDOOR | ) | May 8, 2015 |
| GROUP, INC., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' NOTICE OF DELAYED FILING

Plaintiffs hereby give Notice that they will not be filing the Supplemental Motion to

Remand and supporting Memorandum of Law today but will have it filed by Wednesday, May

13, 2015.

In connection with this Notice, plaintiffs represent as follows:

1.    In connection with a recent motion seeking leave to file an oversize brief,

plaintiffs represented to the Court and counsel that plaintiffs would file a

Supplemental Motion to Remand and supporting Memorandum of Law this week.

2.    The brief is drafted and nearly final.  Given the seriousness of the case and the

complexity of the issues, however, counsel wish to have the weekend to review

the brief and then a little time next week to cite check and proof read.

3.    In addition, there have been some scheduling conflicts which have delayed our

completion of the brief.  More particularly, one of the attorneys working on the

case, Katherine Mesner-Hage, who is an Associate with this firm and who has

1

been extensively involved in the drafting of the brief, had a family commitment which made it difficult to finalize briefing this week.

4.  As there is no set deadline for filing the Supplemental Motion and supporting Memorandum of Law, we are not filing a Motion for Extension of Time in which to file.  Nonetheless, as a representation was made that the brief would be filed by today, we wish to advise the Court and counsel of the delay and of our intentions to file by Wednesday of next week.

DATED:      May 8, 2015                          Respectfully submitted,


By          /s/ Alinor C. Sterling (ct17207)
            Alinor C. Sterling (ct17207)
            Joshua D. Koskoff (ct15619)
            KOSKOFF, KOSKOFF & BIEDER
            350 Fairfield Ave.
            Bridgeport, CT  06604
            asterling@koskoff.com
            jkoskoff@koskoff.com
            Telephone:     (203) 336-4421
            Fax:           (203) 368-3244

            ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2015, a copy of the foregoing Notice was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing under the court's CM/ECF System.

            /s/ Alinor C. Sterling (ct17207)
            Alinor C. Sterling (ct17207)
            Joshua D. Koskoff (ct15619)