IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA L. SOTO, ADMINISTRATRIX OF THE ESTATE OF VICTORIA L. SOTO, *et al.* ) ) ) | |
| Plaintiffs, ) ) | Civil Action No. 3:15-cv-68 (RNC) |
| VS. ) ) | |
| BUSHMASTER FIREARMS INTERNATIONAL, LLC a/k/a/ FREEDOM GROUP, INC. a/k/a/ REMINGTON OUTDOOR GROUP, INC., *et al.* ) ) ) ) ) | May 18, 2015 |
| Defendants. ) | |

### NOTICE OF FILING OF AMENDED MEMORANDUM OF LAW IN SUPPORT OF SUPPLEMENTAL MOTION TO REMAND

Plaintiffs hereby give notice that they have filed an Amended Memorandum of Law in Support of their Supplemental Motion to Remand. This Amended Memorandum of Law is being filed to correct an error that appears on page 17. The second complete sentence on that page reads in part: "Nancy Lanza's decision to share the Bushmaster XM15-E2S with her son resulted in him killing her with that weapon." That portion should read: "Nancy Lanza's decision to share firearms with her son resulted in him killing her with one of those firearms." This correction is reflected in the Amended Memorandum of Law filed herewith. No other changes have been made.

Respectfully submitted,

By     /s/ Joshua D. Koskoff (ct15619)
Joshua D. Koskoff (ct15619)
Alinor C. Sterling (ct17207)
KOSKOFF, KOSKOFF & BIEDER
350 Fairfield Ave.
Bridgeport, CT 06604
asterling@koskoff.com
jkoskoff@koskoff.com
Telephone: (203) 336-4421
Fax: (203) 368-3244

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2015, a copy of the foregoing Amended Memorandum of Law was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing under the court's CM/ECF System.

    /s/ Joshua D. Koskoff (ct15619)
Joshua D. Koskoff (ct15619)
Alinor C. Sterling (ct17207)