UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONNA L. SOTO, ADMINISTRATRIX OF THE ESTATE OF VICTORIA L. SOTO, ET AL | ) ) ) ) ) | |
| Plaintiffs | ) ) | NO. 3:15 cv 00068 RNC |
| V. | ) ) | |
| BUSHMASTER FIREARMS INTERNATIONAL, LLC, A/K/A FREEDOM GROUP, INC., A/K/A REMINGTON OUTDOOR GROUP, INC., ET AL | ) ) ) ) ) ) ) | MAY 21, 2015 |
| Defendants | ) | |

### NOTICE OF WITHDRAWAL OF ARGUMENT MADE IN PART V.C. OF PLAINTIFFS' AMENDED MEMORANDUM OF LAW IN SUPPORT OF SUPPLEMENTAL MOTION TO REMAND

Plaintiffs hereby give Notice that the argument made at Part V.C. (pages 42-45) of the Amended Memorandum of Law in Support of Supplemental Motion to Remand (Dkt. #47-1) is hereby withdrawn without prejudice to plaintiffs' right to renew such argument in the Connecticut Superior Court, should plaintiffs deem such renewal appropriate.

The reason for this withdrawal is as follows. Counsel for the removing defendants has suggested that a Federal Rule of Civil Procedure 5.1 Notice should be filed in connection with this argument. We do not believe a Rule 5.1 Notice is required, insofar as the argument pertains to a determination to be made by a state court, not by this Court. Filing a Rule 5.1 Notice, moreover, would give the appearance of acquiescence to the Court's jurisdiction, which is presumably why counsel for the removing defendants raised the issue. Nonetheless, in order to

1

ensure we do not fall afoul of any arguable obligation under Rule 5.1, and because we do not believe the issue raised is necessary to the Court's determination of the remand question, we are withdrawing the argument.

                                                      **Respectfully submitted,**

**By**     **/s/ Alinor C. Sterling, ct 17207**
            **JOSHUA D. KOSKOFF, CT15619**
            **ALINOR C. STERLING, CT17207**
            **KOSKOFF KOSKOFF & BIEDER**
            **350 FAIRFIELD AVENUE**
            **BRIDGEPORT, CT  06604**
            **jkoskoff@koskoff.com**
            **asterling@koskoff.com**
            **Telephone:    (203) 336-4421**
            **Fax:             (203) 368-3244**

            **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

  I hereby certify that on May 21, 2015, a copy of the foregoing Notice of Withdrawal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing under the court's CM/ECF System.

                 **/s/ Alinor C. Sterling, ct 17207**
                 **JOSHUA D. KOSKOFF, CT15619**
                 **ALINOR C. STERLING, CT17207**