UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA L. SOTO,  )<br>ADMINISTRATRIX OF THE  )<br>ESTATE OF VICTORIA L. SOTO,  )<br>ET AL  )<br>  )<br>  Plaintiffs  ) | NO. 3:15 cv 00068 RNC |
| V.  )<br>  )<br>BUSHMASTER FIREARMS  )<br>INTERNATIONAL,  )<br>LLC, A/K/A FREEDOM GROUP, INC.,  )<br>A/K/A  )<br>REMINGTON OUTDOOR GROUP,  )<br>INC., ET AL  )<br>  )<br>  Defendants  ) | JUNE 15, 2015 |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO
RESPOND TO MEMORANDUM IN OPPOSITION TO
SUPPLEMENTAL MOTION TO REMAND, ON CONSENT**

Pursuant to Local Civil Rule 7(b), plaintiffs respectfully move for an extension of time in which to respond to the Memorandum in Opposition to plaintiffs' Supplemental Motion to Remand filed by the defendants, Remington Arms Company, LLC, and Remington Outdoor Company, Inc.  Plaintiffs seek an extension of two days (from June 17, 2015, to June 19, 2015) due to an unexpected change in briefing schedule in a matter pending before the Connecticut Supreme Court, in which counsel for plaintiffs is writing an amicus brief on behalf of the Connecticut Trial Lawyers Association.  Plaintiffs' counsel has made inquiry to counsel for all defendants and there is no objection to the requested extension.

In support of this Motion, plaintiffs represent as follows:

1.   This case was removed to this Court on January 14, 2015.

1

2. Plaintiffs filed a Supplemental Motion to Remand on May 13, 2015 (Dkt. No. 46), which was amended by Notice on May 18, 2015 (Dkt. No. 47).

3. Defendants Remington Arms Company, LLC, and Remington Outdoor Company, Inc. filed a Memorandum in Opposition to the Supplemental Motion to Remand on June 3, 2015 (Dkt. No. 49).

4. Plaintiffs intend to file a Reply to the Memorandum in Opposition. Pursuant to Local Rule 7(d), plaintiffs' Reply is due June 17, 2015.

5. Undersigned plaintiffs' counsel is drafting an amicus brief on behalf of the Connecticut Trial Lawyers Association in a case currently before the Supreme Court, *Cefaratti v. Aranow* (No. SC 19443). On June 12, 2015, the deadline for the amicus brief was moved – by order of the Court – from June 19, 2015, to June 17, 2015.

6. In light of this modified briefing schedule in *Cefaratti*, which now conflicts with the deadline for plaintiffs' Reply in this case, plaintiffs seek a two-day extension in which to file their Reply.

7. Counsel for defendants have no objection to the requested extension.

For the above reasons, plaintiffs respectfully request that the Court grant this Motion and extend the deadline for filing their Reply to June 19, 2015.

DATED:	June 15, 2015

                    **Respectfully submitted,**

By	/s/ Alinor C. Sterling (CT17207)
**ALINOR C. STERLING, CT17207
JOSHUA D. KOSKOFF, CT15619
KOSKOFF KOSKOFF & BIEDER
350 FAIRFIELD AVENUE
BRIDGEPORT, CT 06604
asterling@koskoff.com
jkoskoff@koskoff.com
Telephone:	(203) 336-4421
Fax:	(203) 368-3244**

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2015, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing under the court's CM/ECF System.

                    /s/ Alinor C. Sterling (CT17207)
                    **ALINOR C. STERLING, CT17207
JOSHUA D. KOSKOFF, CT15619**